JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PLUMMER, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>  Defendants. | Case No. 2:20-cv-04568-SB-AGR<br><br><br>FINAL JUDGMENT |

    Pursuant to the order accepting, as modified, findings, conclusions, and recommendations of United States Magistrate Judge, judgment is entered for Defendants and this action is dismissed with prejudice.

    This is a final judgment.

Date: September 19, 2024

_____

Stanley Blumenfeld, Jr.
United States District Judge